United States District Court
Southern District of Texas
**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | 3:23-cv-319 |
| JOHN DOE, subscriber assigned IP address 73.206.79.230, | | |
| Defendant. | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 9, 2024, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 9.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 10th day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE